## GOON SHUNG, *alias* NG SHUNG *v.* UNITED STATES.

ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF MASSACHUSETTS.

No. 85. Submitted January 14, 1909.—Decided January 25, 1909.

A judgment of the District Court of the United States, affirming an order of deportation of a Chinese person, affirmed without opinion.

Plaintiff in error claimed to be entitled to trial by jury and that he had been denied due process of law.

*Mr. Thomas J. Barry, Mr. Harry J. Jaquith* and *Mr. Benjamin Dellheim* for plaintiff in error.

*The Attorney General* and *The Solicitor General* for defendant in error.

*Per Curiam:* Judgment affirmed. Act of September 13, 1888, 25 Stat. 476, § 13; Act of May 5, 1892, 27 Stat. 25, §§ 3, 6; Act of March 3, 1893, 28 Stat. 7, § 1; Treaty of 1904, 33 Stat. 2215; Act of April 27, 1904, 33 Stat. 394; *United States* v. *Lee Yen Tai,* 185 U. S. 213; *Chin Bak Kan* v. *United States,* 186 U. S. 193; *Lip Hop Fong* v. *United States,* 209 U. S. 453; *Fong Yue Ting* v. *United States,* 149 U. S. 698.